Rocky Mountain Gastroenterology Associated PLLC
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998



ROCKY MOUNTAIN
GASTROENTEROLOGY





December 11, 2024

Dear Colleen White,

Rocky Mountain Gastroenterology recently experienced a data security incident that may have involved your protected health information ("PHI"). This letter contains information about steps you can take to protect your information, and resources we are making available to help you.

**What Happened?**

On September 13, 2024, we learned of an incident that disrupted the operations of some of our IT systems. We immediately took steps to secure our systems, launched investigation with the assistance of third party forensic experts. On September 24, 2024, our investigation determined that an unauthorized individual accessed some of the files on our servers. We then initiated a review and analysis of those files, which is ongoing.

**What Information Was Involved?**

These files contained information that varied per patient but could have included on or more of the following: name, address, date of birth, Social Security number, health insurance information, diagnosis and treatment information.

**What We Are Doing:**

We are notifying you of this incident to assure you that we take this matter very seriously. To help prevent something like this from happening again, we have implemented additional safeguards and technical security measures to further protect and monitor our systems.

Additionally, we are offering you access to Single Bureau Credit Monitoring/Single Bureau Credit Report/Single Bureau Credit Score services at no charge. These services provide you with alerts for twelve (12) months from the date of enrollment when changes occur to your credit file. This notification is sent to you the same day that the change or update takes place with the bureau. Finally, we are providing you with proactive fraud assistance to help with any questions that you might have or in the event that you become a victim of fraud. These services will be provided by Cyberscout, a TransUnion company specializing in fraud assistance and remediation services.

To enroll in Credit Monitoring services at no charge, please log on to www.mytrueidentity.com and follow the instructions provided. When prompted please provide the following unique code to receive services: **FKSFSYMCDGMW**.