# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03543

COLLEEN WHITE, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

 ROCKY MOUNTAIN GASTROENTEROLOGY ASSOCIATES PLLC

    Defendant(s).

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

COLLEEN WHITE       

       (Party Name)       

       (Party Name)       .

DATED at Denver, Colorado this  08th  day of  January  2025.

                                                      Leigh S. Montgomery  
                                                      Name of Attorney  
                                                      EKSM, LLP  
                                                      Firm Name  
                                                      4200 Montrose Blvd Suite 200  
                                                      Office Address  
                                                      Houston, Texas 77006  
                                                      City, State, ZIP Code  
                                                      (888) 350-3931  
                                                      Telephone Number  
                                                      lmontgomery@eksm.com  
                                                      Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*s/Leigh S, Montgomery*
Leigh S. Montgomery