IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| COLLEEN WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCKY MOUNTAIN GASTROENTEROLOGY ASSOCIATES PLLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No.: 1:24-cv-3543-TPO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

Pursuant to D.C.COLO.LCivR 6.1, Defendant Rocky Mountain Gastroenterology Associates PLLC ("**RMGA**"), by and through undersigned counsel, respectfully requests that this Court grant RMGA an extension of time to file its Response to Plaintiff Colleen White's ("**Plaintiff**") Original Class Action Complaint (the "**Complaint**"), up to and including twenty-eight (28) days after Plaintiff files her consolidated complaint. In support of this request, RMGA states as follows:

1. **Compliance with D.C.COLO.L.CivR 7.1**. Counsel for RMGA conferred with Plaintiff's counsel regarding the relief requested herein. Plaintiff does not oppose the relief requested.

2. On December 23, 2024, Plaintiff filed the "**Complaint**".

3. RMGA was served with a copy of the Complaint on January 8, 2025, making its response to the Complaint due January 29, 2025.

1

4.      Other complaints based on the same alleged events have been filed in Colorado State Court in Arapahoe County and Jefferson County.

5.      RMGA understands that Plaintiffs' counsel in the various cases are planning to seek to consolidate all of these cases and file a consolidated complaint.

6.      RMGA thus requests an extension of its deadline to respond to the Complaint, up to and including twenty-eight (28) days after Plaintiff files her consolidated complaint.

7.      RMGA notes that state courts overseeing related, pending cases in Arapahoe County and Jefferson County have already granted the same relief sought in this Motion. Those cases are:

   (a) *Salazar v. Rocky Mountain Gastroenterology Associates PLLC* (Arapahoe County Case No. 2024CV032323).
   (b) *Lowe v. Rocky Mountain Gastroenterology Associates PLLC* (Arapahoe County Case No. 2024CV032324).
   (c) *Minch v. Rocky Mountain Gastroenterology Associates PLLC* (Jefferson County Case No. 2025CV030030).
   (d) *Davis v. Rocky Mountain Gastroenterology Associates PLLC* (Jefferson County Case No. 2024CV031831).

8.      RMGA also has a pending motion for the same relief in *Milligan v. Rocky Mountain Gastroenterology Associates* (Jefferson County Case No. 2024CV031838).

9.      RMGA's request is brought in good faith, without opposition from Plaintiff, and without any risk of undue prejudice. This extension will not affect any other date currently set in the case. This is RMGA's first request for an extension in this case.

WHEREFORE, RMGA requests that the Court extend the deadline for RMGA to submit its response up to and including twenty-eight (28) days after Plaintiff files her consolidated complaint.

Respectfully submitted this 29th day of January, 2025.

        ROCKY MOUNTAIN GASTROENTEROLOGY ASSOCIATES PLLC

        */s/ Claire Wells Hanson*
        Claire Wells Hanson, #47072
        Darren B. Kaplan, #52603
        1400 Wewatta St., Suite 550
        Denver, CO 80202
        (720) 943-7233
        chanson@clarkhill.com
        dkaplan@clarkhill.com

        Peter T. Berk, IL ARDC No. 6242515
        Mason N. Floyd ARDC No. 6282874)
        CLARK HILL PLC
        130 E. Randolph, Suite 3900
        Chicago, Illinois 60601
        (312) 701-6870
        pberk@clarkhill.com
        *Pro hac vice applications forthcoming*

        *Attorneys for Defendant Rocky Mountain Gastroenterology PLLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2025, I electronically filed this **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                             */s/ Anna Alekseeva*
                                             Anna Alekseeva, Paralegal