IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03543-TPO

COLLEEN WHITE,
Individually and o/b/o all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN GASTROENTEROLOGY ASSOCIATES PLLC,

    Defendant.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on January 29, 2025.**

    Before the Court is Defendant's Unopposed Motion to Extend Time to Respond to Plaintiff's Class Action Complaint [ECF 9]. For good cause shown, and noting it is unopposed, the Motion [ECF 9] is **granted.** Noting the representation that Plaintiff intends to file a consolidated complaint, Defendant shall respond or otherwise answer **within 28 days of a consolidated complaint being filed.** Within 30 days of the issuance of this Minute Order, on or before **February 28, 2025,** if a consolidated complaint has not yet been filed, Plaintiff shall file a status report apprising the Court of the status of the related complaints and whether Plaintiff maintains intent to consolidate.