UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| COLLEEN WHITE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKY MOUNTAIN GASTROENTEROLOGY ASSOCIATES PLLC.<br><br>Defendant. | Case No: 1:24-CV-3543 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Colleen Cook, individually and on behalf of all others similarly situated ("Plaintiffs") hereby voluntarily dismisses Defendant Rocky Mountain Gastroenterology Associates, PLLC. ("Defendant") without prejudice.

Date: March 7, 2025,                    Respectfully submitted,

*/s/Leigh S. Montgomery*
Leigh S. Montgomery
Texas Bar No. 24052214
lmontgomery@eksm.com
EKSM, LLP
4200 Montrose Blvd, Suite 200
Houston, Texas 77006
Phone: (888) 350-3931

and

1

Josh Sanford
Colorado Bar No. 44358
josh@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
Phone: (501) 221-0088

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I certify that on March 7, 2025 a true and correct copy of the foregoing document was served via CM/ECF.

                                                  */s/Leigh S. Montgomery*
                                                  Leigh S. Montgomery