UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| COLLEEN WHITE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKY MOUNTAIN GASTROENTEROLOGY ASSOCIATES PLLC.<br><br>Defendant. | Case No: 1:24-CV-3543 |

**[proposed] ORDER GRANTING PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On this day, the Court considered Plaintiffs Collen White, individually and on behalf of all others similarly situated, Voluntarily Dismissal of the claims against Defendant Rocky Mountain Gastroenterology Associates, PLLC without prejudice.

IT IS HEREBY ORDERED, that Plaintiffs Colleen White individually and on behalf of all others similarly situated, Voluntarily Dismissal of the claims against Defendant Rocky Mountain Gastroenterology Associates, PLLC without prejudice is GRANTED and this matter is now closed.


Signed this _____ day of _____ 2025.


                                                                                    _____
                                                                                    United States District Judge