IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03543-TPO

COLLEEN WHITE,
Individually and o/b/o all others similarly situated,

    Plaintiff,

v.

ROCKY MOUNTAIN GASTROENTEROLOGY ASSOCIATES PLLC,

    Defendant.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 7, 2025.**

    This matter comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF 12].

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff's voluntary dismissal is self-effectuating. Accordingly, this matter was dismissed without prejudice as of the filing of the Motion/Notice.

    The Status Conference set for March 13, 2025 is **vacated**. The Clerk of Court is directed to close the case.